# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA

TORIE DAWN OTT, §
as next of kin and administrator and §
personal representative §
of the estate of decedent §
ALLEN RILEY OTT (Deceased), §
§ No. 1:21-cv-191-KAC-SKL
              *Plaintiff*, §
§
~v~ § JURY DEMAND
§
CITY OF ATHENS, *et al.*, §
§
              *Defendants*. §

## PLAINTIFF'S NOTICE OF COMPROMISE AND SETTLEMENT

Plaintiff, through counsel, and pursuant to E.D. TENN. L.R. § 68.1, hereby gives notice to the Court that on October 26, 2022, the parties completed settlement negotiations, and that the above styled civil action has been compromised and settled as to all claims that arose in this matter against all parties. Pursuant to the same rule, the parties shall submit an agreed order of dismissal or an agreed stipulation of dismissal before the date on which the case is set for trial.

Respectfully submitted,

By: /s/ Robin Ruben Flores
    **ROBIN RUBEN FLORES**
    **TENN. BPR #20751**
    **GA. STATE BAR #200745**
    Attorney for Plaintiff
    4110-A Brainerd Road
    Chattanooga, TN 37411
    (423) 267-1575
    robin@robinfloreslaw.com

CERTIFICATE OF SERVICE

I certify that I have delivered a copy of this notice to all persons noted on the electronic filing receipt and so delivered on the date shown on the same receipt.

By: s/ Robin Ruben Flores